458 A.2d 613

Commonwealth v. Cilo, Appellant.

Reargument Denied May 3, 1983.

Petition for Allowance of Appeal
Denied Sept. 20, 1983.

Argued February 17, 1981. Stanley M. Shingles, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.*

Order affirmed.